AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Summer Boismier<br><br>Plaintiff(s),<br>v.<br>Oklahoma State Board of Education,<br>Oklahoma State Department of Education, Oklahoma<br>Superintendent of Public Instructions, Ryan Wallters,<br>Sarah Lepak, Zachary Archer, Donald Burdick, Katie<br>Quebedeaux, Kendra Wesson<br>Defendant(s). | Case No. CIV-25-1297-R |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Kendra Wesson
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Terrill, Esq. Bryan and Terrill, 2500 S Broadway Suite 122 Edmond, Ok 73013
Iris Halpern, Esq. Rathod Mohamedbhai LLC 2701 Lawrence Street Suite 100 Denver, CO 80205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:23 pm, Oct 31, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No. CIV-25-1297-R

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Summer Boismier<br><br>Plaintiff(s),<br><br>v.<br>Oklahoma State Board of Education, Oklahoma State Department of Education, Oklahoma Superintendent of Public Instructions, Ryan Wallters, Sarah Lepak, Zachary Archer, Donald Burdick, Katie Quebedeaux, Kendra Wesson<br><br>Defendant(s). | Case No. CIV-25-1297-R |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Ryan Walters
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Terrill, Esq. Bryan and Terrill, 2500 S Broadway Suite 122 Edmond, Ok 73013
Iris Halpern, Esq. Rathod Mohamedbhai LLC 2701 Lawrence Street Suite 100 Denver, CO 80205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:23 pm, Oct 31, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-25-1297-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| Summer Boismier )<br>)<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>Oklahoma State Board of Education, )<br>Oklahoma State Department of Education, Oklahoma )<br>Superintendent of Public Instructions, Ryan Wallters, )<br>Sarah Lepak, Zachary Archer, Donald Burdick, Katie )<br>Quebedeaux, Kendra Wesson )<br>Defendant(s). ) | Case No. CIV-25-1297-R |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Katie Quebedeaux
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven Terrill, Esq. Bryan and Terrill, 2500 S Broadway Suite 122 Edmond, Ok 73013
Iris Halpern, Esq. Rathod Mohamedbhai LLC 2701 Lawrence Street Suite 100 Denver, CO 80205

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:23 pm, Oct 31, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-25-1297-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| Summer Boismier ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. Oklahoma State Board of Education, ) | Case No. CIV-25-1297-R |
| Oklahoma State Department of Education, ) | |
| Oklahoma Superintendent of Public ) | |
| Instructions, Ryan Wallters, Sarah Lepak, ) | |
| Zachary Archer, Donald Burdick, Katie ) | |
| Quebedeaux, Kendra Wesson ) | |
| Defendant(s). ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sarah Lepak
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven Terrill, Esq. Bryan and Terrill, 2500 S Broadway Suite 122 Edmond, Ok 73013
Iris Halpern, Esq. Rathod Mohamedbhai LLC 2701 Lawrence Street Suite 100 Denver, CO 80205

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:23 pm, Oct 31, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-25-1297-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| Summer Boismier <br><br> Plaintiff(s), <br><br> v. <br> Oklahoma State Board of Education, <br> Oklahoma State Department of Education, <br> Oklahoma Superintendent of Public Instructions, <br> Ryan Wallters, Sarah Lepak, Zachary Archer, <br> Donald Burdick, Katie Quebedeaux, Kendra Wesson <br> Defendant(s). | Case No. CIV-25-1297-R |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Oklahoma State Department of Education
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Terrill, Esq. Bryan and Terrill, 2500 S Broadway Suite 122 Edmond, Ok 73013
Iris Halpern, Esq. Rathod Mohamedbhai LLC 2701 Lawrence Street Suite 100 Denver, CO 80205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:23 pm, Oct 31, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-25-1297-R

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Summer Boismier                                       Plaintiff(s), | )<br>)<br>)<br>)<br>)<br>) |
| v.<br>Oklahoma State Board of Education,<br>Oklahoma State Department of Education, Oklahoma Superintendent of Public Instructions, Ryan Wallters, Sarah Lepak, Zachary Archer, Donald Burdick, Katie Quebedeaux, Kendra Wesson<br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CIV-25-1297-R

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Oklahoma State Board of Education
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven Terrill, Esq. Bryan and Terrill, 2500 S Broadway Suite 122 Edmond, Ok 73013
Iris Halpern, Esq. Rathod Mohamedbhai LLC 2701 Lawrence Street Suite 100 Denver, CO 80205

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:23 pm, Oct 31, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-25-1297-R

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| Summer Boismier | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Case No. CIV-25-1297-R |
| Oklahoma State Board of Education, Oklahoma State Department of Education, Oklahoma Superintendent of Public Instructions, Ryan Wallters, Sarah Lepak, Zachary Archer, Donald Burdick, Katie Quebedeaux, Kendra Wesson | ) | |
| Defendant(s). | ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Oklahoma Superintendent of Public Instruction
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Terrill, Esq. Bryan and Terrill, 2500 S Broadway Suite 122 Edmond, Ok 73013
Iris Halpern, Esq. Rathod Mohamedbhai LLC 2701 Lawrence Street Suite 100 Denver, CO 80205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:23 pm, Oct 31, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. CIV-25-1297-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

| | |
|---|---|
| Summer Boismier <br><br> **Plaintiff(s),** <br><br> v. <br> Oklahoma State Board of Education, Oklahoma State Department of Education, Oklahoma Superintendent of Public Instructions, Ryan Wallters, Sarah Lepak, Zachary Archer, Donald Burdick, Katie Quebedeaux, Kendra Wesson <br><br> **Defendant(s).** | Case No. CIV-25-1297-R |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Donald Burdick
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Terrill, Esq. Bryan and Terrill, 2500 S Broadway Suite 122 Edmond, Ok 73013
Iris Halpern, Esq. Rathod Mohamedbhai LLC 2701 Lawrence Street Suite 100 Denver, CO 80205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
2:23 pm, Oct 31, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-25-1297-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | | |
|---|---|---|
| Summer Boismier | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1297-R |
| Oklahoma State Board of Education, Oklahoma State Department of Education, Oklahoma Superintendent of Public Instructions, Ryan Wallters, Sarah Lepak, Zachary Archer, Donald Burdick, Katie Quebedeaux, Kendra Wesson | ) ) ) ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Zachary Archer
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Terrill, Esq. Bryan and Terrill, 2500 S Broadway Suite 122 Edmond, Ok 73013
Iris Halpern, Esq. Rathod Mohamedbhai LLC 2701 Lawrence Street Suite 100 Denver, CO 80205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:24 pm, Oct 31, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-25-1297-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc: