# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Summer Boismier )
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:25cv1297
)
Oklahoma State Board of Education; )
Oklahoma State Department of Education; )
Office of the Superintendent; )
Ryan Walters; Sarah Lepak; Zachary Archer; Donald Burdick; )
Katie Quebedeaux; and Kendra Wesson )
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants, Oklahoma State Department of Education and Office of the Superintendent.
(Plaintiff/Defendant)           (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Jacquelyne Phelps            November 1, 2025
Signature                       Date

Jacquelyne Phelps
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Oklahoma State Department of Education
Firm

2500 N. Lincoln Blvd. Ste. 500
Address

Oklahoma City, OK 73105
City              State         Zip Code

405-521-2983
Telephone

Jacki.Phelps@sde.ok.gov
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on November 1, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Jacquelyne Phelps
s/ Attorney Name