UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SUMMER BOISMIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-25-1297-R |
| | ) | |
| OKLAHOMA STATE BOARD | ) | |
| OF EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are the Motions for Admission to Practice, Pro Hac Vice of Azra Taslimi, Iris Halpern, Neil Sandhu and Stephanie Wise [Doc. Nos. 5,6,7,8]. For good cause shown, the Motions are GRANTED. Azra Taslimi, Iris Halpern, Neil Sandhu and Stephanie Wise are hereby admitted to practice before this Court for the limited purpose of participating in the above-captioned matter, provided counsel obtain e-filing access to NextGen CM/ECF in this judicial district and each file an entry of appearance, consistent with LCvR83.4.

IT IS SO ORDERED this 10th day of November, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE