## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

SUMMER BOISMIER,           )
           )
           Plaintiff,       )
           )
v.                            )       No. CIV-25-1297-R
           )
OKLAHOMA STATE BOARD   )
OF EDUCATION, et al.,       )
           )
           Defendants.   )

## <u>ORDER</u>

Federal Rule of Civil Procedure 8(a)(2) requires a pleading to contain "a short and plain statement of the claim showing that the pleader is entitled to relief." This requirement "establishes a ceiling (the complaint must be no more than 'a short and plain statement') and not a floor (the complaint must at least be a 'short and plain statement')." *Toevs v. Reid*, 267 F. App'x 817, 818–19 (10th Cir. 2008) (internal quotation marks omitted). "Something labeled a complaint but written more as a press release, prolix in evidentiary detail, yet without simplicity, conciseness and clarity as to whom plaintiffs are suing for what wrongs, fails to perform the essential functions of a complaint." *Mann v. Boatright*, 477 F.3d 1140, 1148 (10th Cir. 2007) (internal quotation marks omitted). Indeed, a complaint is "an improper and impermissible place for the tedious and burdensome aggregation of prospective evidence, for the rehearsal of tendentious arguments, or for the protracted recitation and explanation of legal authority putatively supporting the pleader's claim for relief." *Trump v. New York Times Co.*, No. 8:25-CV-2487-SDM-NHA, 2025 WL 2680597, at *2 (M.D. Fla. Sept. 19, 2025). Rather, a complaint is "a mechanism to fairly,

precisely, directly, soberly, and economically inform the defendants…of the nature and content of the claims." *Id.*

Plaintiff's 80-page Complaint is needlessly long-winded, contains irrelevant material, and includes a level of evidentiary detail that is unnecessary at this stage. The Complaint fails to provide a short and plain statement of the claim as required by Rule 8 and is therefore STRICKEN. Plaintiff may file an Amended Complaint that complies with Rule 8 within fourteen days of the date of the order. If an Amended Complaint is not timely filed, this action will be dismissed without prejudice without further notice.

IT IS SO ORDERED this 10th day of November, 2025.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE