IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUMMER BOISMIER; )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>OKLAHOMA STATE BOARD )<br>OF EDUCATION; )<br>)<br>    An administrative agency of the )<br>    State of Oklahoma; )<br>)<br>OKLAHOMA STATE DEPARTMENT )<br>OF EDUCATION; )<br>)<br>    An administrative agency of the )<br>    State of Oklahoma; )<br>)<br>OKLAHOMA SUPERINTENDENT )<br>OF PUBLIC INSTRUCTION; )<br>)<br>    An official of the )<br>    State of Oklahoma; )<br>)<br>RYAN WALTERS; )<br>SARAH LEPAK; )<br>ZACHARY ARCHER; )<br>DONALD BURDICK; )<br>KATIE QUEBEDEAUX; AND )<br>KENDRA WESSON; )<br>)<br>    In their individual capacities, )<br>)<br>    Defendants. )<br>) | Case No: 5:25-cv-01297-R |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff Summer Boismier.

    I certify that I am admitted to practice in this Court *pro hac vice* and am registered to file documents electronically with this Court.

1

DATED: Wednesday, November 19, 2025

        Rathod | Mohamedbhai LLC

        *s/ Azra Taslimi*
        Azra Taslimi*
        2701 Lawrence Street, Suite 100
        Denver, CO 80205
        (303) 578-4400
        at@rmlawyers.com
        *Admitted Pro Hac Vice

        *Attorney for Plaintiff*