**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SUMMER BOISMIER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Case No. CIV-25-1297-R** |
| | ) | |
| OKLAHOMA STATE BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court are the Motions to Dismiss filed by the Defendants in this action [Doc. Nos. 36, 38]. During the pendency of the Motions, Plaintiff filed an Amended Complaint [Doc. No. 44]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

Defendants' Motions to Dismiss [Doc. Nos. 36, 38] are therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 17th day of March, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE